IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Greenliant Systems, Inc.

        Plaintiff,

v.

Xicor LLC

        Defendant.

CASE NO. 3:11-cv-00631-MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jeffrey Bragalone , whose business address and telephone number is

901 Main Street, Suite 3300, Dallas, Texas 95202
Tel: (214) 593-9110

and who is an active member in good standing of the bar of State of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Xicor LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/19/2011



IT IS SO ORDERED
Judge Marilyn H. Patel