| | |
|---|---|
| Ronald L. Yin (Bar No. 063266) | Alan H. Blankenheimer |
| ronald.yin@dlapiper.com | (Bar No. 218713) |
| Michael G. Schwartz (Bar No. 197010) | E-mail: ablankenheimer@cov.com |
| michael.schwartz@dlapiper.com | Jo Dale Carothers (Bar No. 228703) |
| Erik R. Fuehrer (Bar No. 252578) | E-mail: jcarothers@cov.com |
| erik.fuehrer@dlapiper.com | Christopher J. Longman (Bar No. 234473) |
| DLA Piper LLP (US) | E-mail: clongman@cov.com |
| 2000 University Avenue | **Covington & Burling LLP** |
| East Palo Alto, CA 94303-2214 | 9191 Towne Centre Drive, 6th Floor |
| Tel: 650.833.2000 | San Diego, CA 92122-1225 |
| Fax: 650.833.2001 | Tel: 858.678.1800 |
| | Fax: 858.678.1600 |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| Greenliant Systems, Inc. | Silicon Storage Technology, Inc |

Kimberly P. Zapata (Bar No. 138291)
kzapata@beckross.com
Beck, Ross, Bismonte & Finley LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790

Attorneys for Defendant
Xicor LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GREENLIANT SYSTEMS, INC. | § | CASE NO. CV 11-00631 EMC |
| | § | |
| Plaintiff, | § | **STIPULATION TO ALLOW** |
| | § | **SILICON STORAGE** |
| v. | § | **TECHNOLOGY, INC. TO** |
| | § | **INTERVENE POST JUDGMENT** |
| XICOR LLC. | § | **TO PARTICIPATE IN APPEAL** |
| | § |  ORDER |
| Defendant. | § | **[Civil Local Rule 7-12]** |
| | § | |

Pursuant to Local Rule 7-12 of the United States District Court for the Northern District of California, Plaintiff Greenliant Systems, Inc. ("Greenliant"), Defendant Xicor LLC ("Xicor"), and Silicon Storage Technologies ("SST") stipulate that SST may intervene in this action post-judgment in order to allow SST to participate in Xicor's anticipated appeal of a judgment entered in favor of Greenliant.

**STIPULATION**

WHEREAS, on June 6, 2011, Xicor and Greenliant stipulated that Judge Patel's March 21, 2011 Order in *Silicon Storage Technology, Inc. v. Xicor LLC*, No. CV 10-1515, which held that claims 12 and 13 of U.S. Patent RE38,370 patent were invalid under the rule against recapture (the "March 21 Order"), applies in this case.

WHEREAS, on June 6, 2011, Xicor and Greenliant also stipulated that the Court may proceed to enter final judgment in this case.

WHEREAS, on June 7, 2011, SST filed its Revised Notice of Motion and Motion to Intervene ("Motion to Intervene").

WHEREAS, although not conceding the propriety of intervention by SST as a matter of right, Xicor does not oppose SST permissively intervening in this action post-judgment and participating in any appeal from a judgment in this case, provided that SST's Motion to Intervene does not delay entry of judgment in this matter.

IT IS THEREFORE STIPULATED BY AND AMONG THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

The Court should proceed to enter final judgment in this case pursuant to the Stipulation filed on June 6, 2011 (Dkt. No. 22).

Immediately following entry of a judgment, the Court should allow SST to permissively intervene in this case post-judgment for the limited purpose of participating in Xicor's anticipated appeal of the March 21 Order.

The parties respectfully request that this Court not enter final judgment until such time as the Court is prepared immediately thereafter to permit SST's intervention via this stipulation.

Respectfully submitted by:

| | |
|---|---|
| **SHORE CHAN BRAGALONE DEPUMPO LLP** | **DLA PIPER LLP (US)** |
| */s/ Jeffrey R. Bragalone* <br> Jeffrey R. Bragalone <br> Attorneys for Defendant <br> Xicor LLC | */s/ Michael G. Schwartz* <br> Michael G. Schwartz <br> Attorneys for Plaintiff <br> Greenliant Systems, Inc. |
| Date: June 20, 2011 | Date: June 20, 2011 |

**COVINGTON & BURLING LLP**

*/s/ Alan H. Blankenheimer*
Alan H. Blankenheimer
Attorneys for Plaintiff
Silicon Storage Technology, Inc.

Date: June 20, 2011

**PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED**

That SST shall be permitted to intervene in this action under Fed. R. Civ. P. 24(b) for the limited purpose of participating in the appeal from the judgment entered in this action.

June __22__, 2011



_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**FILERS ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Jeffrey R. Bragalone, attest that concurrence in the filing of this document has been obtained.

By: */s/ Jeffrey R. Bragalone*
Jeffrey R. Bragalone