IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENLIANT SYSTEMS, INC., | No. CV 11-00631 EMC |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| XICOR LLC., | |
| Defendant. | |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that pursuant to the Stipulated Request to Dismiss Plaintiff's Claims, etc. filed on June 22, 2011, Judgment is entered in favor of Plaintiff. The Clerk of this Court is directed to close this case.

Dated: June 22, 2011                                        Richard W. Wieking, Clerk

                                                                              By: Betty Lee
                                                                              Deputy Clerk